| | |
|---|---|
| 1 | Joshua B. Swigart, Esq. (SBN: 225557) |
| | josh@westcoastlitigation.com |
| 2 | Veronica McKnight, Esq. (SBN: 306562) |
| | bonnie@westcoastlitigation.com |
| 3 | HYDE & SWIGART |
| | 2221 Camino Del Rio South, Suite 101 |
| 4 | San Diego, CA 92108 |
| | Telephone: (619) 233-7770 |
| 5 | Facsimile: (619) 297-1022 |

Additional Attorneys for Plaintiff on Signature Page

*Attorneys for Plaintiff,*
Adrian Alcaraz

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adrian Alcaraz, an individual, on behalf of himself, | Case No.:  2:17-cv-01217-DMG-AJW |
| Plaintiff, | PLAINTIFF'S STATUS REPORT |
| v. | |
| Bank of Americ, N.A., | Hon. DOLLY M. GEE |
| Defendant. | |

    ADRIAN ALCARAZ ("Plaintiff"), submits this status report in response to the Court's deadline to file a joint report regarding results of early mediation [ECF No. 13]. At this time, the parties have entered into settlement discussions informally and will filing a Notice of Settlement within the next week.

**STATUS REPORT**      PAGE 1 OF 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hyde & Swigart

Date: December 15, 2017             By:  s/ Veronica McKnight
                                        Veronica McKnight, Esq.
                                        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 15, 2017, a true and correct copy of the foregoing document was filed through the ECF system, which will send notification of such filing.

                      s/ Veronica McKnight
                      Veronica McKnight
                      Attorneys for Plaintiff