1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

11  ADRIAN ALCARAZ,                          Case No.: CV 17-1217-DMG (AJWx)

12        Plaintiff,                          **ORDER ON STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE [18]**

13        v.

14  BANK OF AMERICA, N.A.,

15        Defendant.

16

17        Based upon the parties' Stipulation for Dismissal, and good cause appearing,

18        IT IS HEREBY ORDERED that the above-captioned action is dismissed without

19  prejudice.  The parties shall bear their own attorneys' fees and costs.

20        IT IS SO ORDERED.

21
    DATED:  February 1, 2018                  _____
22                                            DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28