Veronica E. McKnight, Esq. (SBN: 306562)
bonnie@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Adrian Alcaraz

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Adrian Alcaraz,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>　　　　　Defendant. | **Case No.: 2:17-cv-01217-DMG-AJW**<br><br>**NOTICE OF JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**HON. DOLLY M. GEE** |
|---|---|

　　　　Plaintiff ADRIAN ALCARAZ (hereinafter "Plaintiff"), Defendant BANK OF AMERICA, N.A., (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, and in support of this motion hereby state:

1. The Parties have reached a settlement in this action;
2. The Parties to the litigation have entered into this Joint Motion.

3. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter;

4. The settlement between Plaintiff and Defendant is memorialized in written settlement agreements, now fully executed by Plaintiff and the Defendant;

5. The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice.

Dated: February 13, 2018         **HYDE & SWIGART**

                                 By: s/Veronica E. McKnight
                                     Veronica E. McKnight
                                     Attorney for Plaintiff


Dated: February 13, 2018         **MCGUIREWOODS LLP**

                                 By: s/ Ethan Schatz
                                     Ethan Schatz
                                     Attorney for Defendant

## Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ethan Schatz, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated: February 13, 2018                    **HYDE & SWIGART**

                                                By:  s/Veronica E. McKnight
                                                   Veronica E. McKnight
                                                   Attorney for Plaintiff

**HYDE & SWIGART**
San Diego, California