UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ALCARAZ,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | Case No.: CV 17-1217-DMG (AJWx)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE [20]** |

Based upon the parties' Joint Motion for Dismissal, and good cause appearing, the above-captioned action is hereby dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: February 13, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE